# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

ALLETE, INC. D/B/A )
MINNESOTA POWER; ) No. 23-1776
NORTHERN STATES POWER )
COMPANY – MINNESOTA )
D/B/A/ XCEL ENERGY; GREAT )
RIVER ENERGY; AND )
SOUTHERN MINNESOTA )
MUNICIPAL POWER AGENCY, )
)
      Petitioners, )
)
v. )
)
UNITED STATES )
ENVIRONMENTAL )
PROTECTION AGENCY, and )
MICHAEL S. REGAN, )
Administrator, United States )
Environmental Protection Agency )
)
      Respondents. )
)

FILED
APR 14 2023
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

RECEIVED
APR 14 2023
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

# PETITION FOR REVIEW

Pursuant to Rule 15 of the Federal Rules of Appellate Procedure and section 307(b) of the Clean Air Act, 42 U.S.C. § 7607(b), Petitioners ALLETE, Inc. d/b/a Minnesota Power; Northern States Power Company – Minnesota d/b/a/ Xcel Energy; Great River Energy; and Southern Minnesota Municipal Power Agency (collectively "Petitioners" or the "Minnesota Good Neighbor Coalition") hereby petition this Court to review the final action of the United States Environmental Protection Agency partially disapproving Minnesota's State Implementation Plan ("SIP") submission regarding interstate transport under Clean Air Act § 110(a)(2)(D)(i)(I) for the 2015 primary and secondary 8-hour ozone National Ambient Air Quality Standards in the final rule entitled "Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards" published in the Federal Register at 88 Fed. Reg. 9,336 (February 13, 2023) (the "Final Rule").

This petition is timely filed within 60 days from the date notice of promulgation of the Final Rule was published in the Federal Register. 42 U.S.C. § 7607(b)(1).

A copy of the Final Rule is attached hereto as Attachment A.

This Court has jurisdiction and is the proper venue for this action because the part of the Final Rule under review is "locally or regionally applicable." 42 U.S.C. § 7607(b)(1).

Dated: April 14, 2023

/s/Douglas A. McWilliams
Douglas A. McWilliams (OH 0063832)
John D. Lazzaretti (OH 0080780)
Jon Bloomberg (MN 019234X)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower, 127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
douglas.mcwilliams@squirepb.com
john.lazzaretti@squirepb.com
jon.bloomberg@squirepb.com

*Counsel for Petitioners ALLETE, Inc. d/b/a Minnesota Power; Northern States Power Company – Minnesota d/b/a/ Xcel Energy; Great River Energy; and Southern Minnesota Municipal Power Agency; and collectively the Minnesota Good Neighbor Coalition*